# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | |
|---|---|
| PAMELA D. CLEVENGER,<br>              Plaintiff, | CASE NO. 3:17-cv-00372-CRS<br>**ELECTRONICALLY FILED** |
| vs. | Senior Judge Charles R. Simpson, III |
| JPMORGAN CHASE BANK, N.A. d/b/a<br>CHASE; EQUIFAX INFORMATION<br>SERVICES, LLC; TRANS UNION,<br>LLC; and EQUIFAX INFORMATION<br>SOLUTIONS, INC.;<br>              Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Pamela D. Clevenger ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  September 12, 2017

*s/ David W. Hemminger (w/ consent)*
David W. Hemminger, Esq.
Hemminger Law Office, P.S.C.
616 South Fifth Street
Louisville, KY  40202
Telephone:  (502) 443-1060
Fax:  (502) 589-3004
E-Mail:  hemmingerlawoffice@gmail.com

*Counsel for Plaintiff Pamela D. Clevenger*

Date: <u>September 12, 2017</u>

<u>*s/ William R. Brown*</u>
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **12th day of September, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| David W. Hemminger, Esq.<br>hemmingerlawoffice@gmail.com | Margaret J. Brannon, Esq.<br>mjbrannon@jacksonkelly.com |
| Gregory S. Berman, Esq.<br>gberman@wyattfirm.com | Jordan M. White, Esq.<br>jwhite@wyattfirm.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **12th day of September, 2017**, properly addressed as follows:

| | |
|---|---|
| None. | |

    *s/William R. Brown*
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*