UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PAMELA D. CLEVENGER                                             PLAINTIFF

vs.                                                          CIVIL ACTION NO. 3:17CV-372-CRS

JPMORGAN CHASE BANK, N.A., ET AL                              DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT JPMORGAN CHASE BANK, N.A.

Counsel for the Plaintiff and Defendant JPMorgan Chase Bank, N.A., having notified the Court of a settlement in this matter (DN 14),

**IT IS HEREBY ORDERED** that Plaintiff's claims against JPMorgan Chase Bank, N.A., are **DISMISSED**, with prejudice. Each party shall bear its own costs and attorneys' fees. This Order shall have no bearing on Plaintiff's claims against the remaining named defendants in this matter.

Date:    September 14, 2017

                                                       Charles R. Simpson III, Senior Judge
                                                            United States District Court

cc: Counsel of Record