# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| PAMELA D. CLEVENGER,<br>    Plaintiff, | CASE NO. 3:17-cv-00372-CRS<br>**ELECTRONICALLY FILED** |
| vs. | Senior Judge Charles R. Simpson, III |
| JPMORGAN CHASE BANK, N.A. d/b/a CHASE; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and EQUIFAX INFORMATION SOLUTIONS, INC.;<br>    Defendants. | |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Pamela D. Clevenger, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Pamela D. Clevenger against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Pamela D. Clevenger and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

September 14, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**