**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**PAMELA D. CLEVENGER**                                                                                  **PLAINTIFF**

**vs.**                                                                           **CIVIL ACTION NO. 3:17CV-372-CRS**

**JPMORGAN CHASE BANK, N.A., ET AL**                                                     **DEFENDANTS**

**ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY**

Plaintiff having filed a Notice of Voluntary Dismissal as to Defendant Equifax Information Services, LLC (DN 18), no answer or other responsive pleading having been filed on behalf of Equifax Information Services, LLC,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC, are **DISMISSED**, with prejudice. Each party shall bear its own fees and costs.

Dated:   October 2, 2017

_[signature]_

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:   Counsel of Record
       Kendall Carter, King & Spalding LLP, 1180 Peachtree Street, Atlanta, GA  30309