# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| PAMELA D. CLEVENGER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 3:17-cv-00372-CRS |
| | ) |
| JPMORGAN CHASE BANK, N.A., et al., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Defendant, Experian Information Solutions, Inc. ("Experian") and Plaintiff, Pamela D. Clevenger notify the Court that Plaintiff and Experian have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before December 10, 2017.

Respectfully submitted this 10th day of November, 2017.

HEMMINGER LAW OFFICE, PSC

/s/ David W/ Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
*Attorneys for Plaintiff Pamela Clevenger*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*/s/ David W. Hemminger*
David W. Hemminger
