UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PAMELA D. CLEVENGER            PLAINTIFF

vs.            CIVIL ACTION NO. 3:17CV-372-CRS

JPMORGAN CHASE BANK, N.A., ET AL            DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff having filed a Notice of Settlement (DN 21) and Notice of Voluntary Dismissal as to Defendant Experian Information Solutions, Inc. (DN 22),

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Experian Information Solutions, Inc., are **DISMISSED**, with prejudice. Each party shall bear its own fees and costs.

All claims against the other named Defendants having been previously dismissed (DNs 16 and 19),

**IT IS FURTHER ORDERED** that this is a final Order.

Dated: January 4, 2018

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record